AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

ERIK FLORES-GONZALES,

      Petitioner,     JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:05-cv-00647-LRH-RAM**

CRAIG FARWELL, et al.,

      Respondents.

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the remaining claims in the petition are DENIED on the merits and that this action shall be DISMISSED with prejudice. Judgment is entered in favor of respondents and against petitioner, dismissing this action with prejudice.

   February 27, 2009             **LANCE S. WILSON**
                                             Clerk

                                               /s/ Kalani Lizares
                                                 Deputy Clerk